No. 87–7075.  BALAWAJDER v. CARPENTER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 87–7078.  PRIOLEAU v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 87–7079.  THOMPSON v. KENTUCKY.  Cir. Ct. Ky., Kenton County.  Certiorari denied.

No. 87–7081.  WATTS v. UNITED STATES MARINE CORPS ET AL. C. A. 11th Cir.  Certiorari denied.

No. 87–7085.  PAREZ v. JONES, COUNTY TREASURER/TAX COLLECTOR.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 87–7086.  PAREZ v. LOPEZ ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 87–7089.  GRAYS v. CABANA, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 87–7092.  FLEEK v. WARDEN, FEDERAL CORRECTIONAL INSTITUTE, LEWISBURG, PENNSYLVANIA.  C. A. 4th Cir.  Certiorari denied.

No. 87–7093.  HEADLEY v. ZON ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 87–7095.  CRUMMEY v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 87–7096.  KINSEY v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 87–7097.  JOHNS v. BOSTWICK (three cases).  Sup. Ct. Haw.  Certiorari denied.

No. 87–7099.  DENNIS v. MILLER, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 87–7102.  MIRANDA-ENRIQUEZ v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 87–7105.  DAVIS ET AL. v. TRENTON RESINS CREDIT UNION.  C. A. 6th Cir.  Certiorari denied.